# Exhibit "C"



## 07 JUL WHAT NOT TO DO AS A BUYER DURING THE LOAN PROCESS

Posted at 11:10h in Uncategorized by Phil Wade · 0 Comments · Like ·



There are a variety of loan programs offered, depending upon your client's personal circumstance and credit score – there's conventional, USDA and FHA.

People often miss out on the best loan program for their personal situation, because they think the lowest rate is always the best, when in all reality it may look like your client is getting a low interest rate, but the fees incurred on the other end more than make up for it.

On a conventional loan, for every 20 points down, there will be a hit to the interest rate, which in turn means the borrower will be paying a higher mortgage insurance premium.

The larger banks are not always as responsive with clients, compared to when working with a smaller mortgage company, who can be there to answer all of the questions your client may have.
We recently spoke with one of our mortgage contacts, who shared some insightful information regarding what your clients should avoid doing when going through the loan process. It is as follows:

- Don't do anything with your credit
- Don't buy anything
- Don't pay off any collections
- Don't finance furniture
- Don't co-sign
- Don't transfer money between accounts
- Don't take cash from anyone and deposit into your account
- Don't max out credit cards
- Don't dispute anything

Are you wondering why? 10 days before closing the lender does a "soft pull" to make sure there are no new or altered transactions. This will determine the outcome of your client's loan approval!

If you are interested in learning more, or are looking to connect with a knowledgeable mortgage company, email me at Phil@daltonwade.com and I can put you in contact with the right people.





**PHIL WADE**
phil@daltonwade.com

**NO COMMENTS**

**POST A COMMENT**

Write your comment here...

Your full name    E-mail address    Website

SUBMIT

