# Exhibit "D"



## 07 JUL WHAT NOT TO DO AS A BUYER DURING THE LOAN PROCESS

Posted at 11:10h in Uncategorized by FhLWade · 0 Comments · 1 Like ·



There are a variety of loan programs offered, depending upon your client's personal circumstance and credit score – there's conventional, USDA and FHA.

People often miss out on the best loan program for their personal situation, because they think the lowest rate is always the

